1  RICHARD J. BURDGE, JR. (Cal. Bar No. 089504)
   BOBBY A. GHAJAR (Cal. Bar No. 147485)
2  MAGGIE M. GOODRICH (Cal. Bar No. 233683)
   HOWREY LLP
3  550 South Hope Street, Suite 1100
   Los Angeles, CA 90071-2604
4  (213) 892-1800
   (213) 892-2300 (FAX)
5  burdger@howrey.com
   Ghajarb@howrey.com
6  Goodrichm@howrey.com

7
   ATTORNEYS FOR DEFENDANT
8  HARD ROCK HOTEL, INC.

9

**FILED**

SEP - 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12

13  MARCIA GAGLIARDI AND RYAN          )  Case No. CV 05-01950-MHP
    ROBLES,                            )
14                                     )  **STIPULATION AND [PROPOSED]**
                Plaintiffs,            )  **ORDER TO ALLOW PLAINTIFF TO FILE**
15                                     )  **AMENDED COMPLAINT AND TO TAKE**
        v.                             )  **DEFENDANT'S MOTION FOR**
16                                     )  **JUDGMENT ON THE PLEADINGS OFF**
    HARD ROCK HOTEL, INC., A Nevada    )  **CALENDAR WITHOUT PREJUDICE**
17  Corporation and Does 1-10, inclusive,)
                                       )  Judge: Honorable Marilyn Hall Patel
18              Defendants.            )
                                       )
19                                     )
                                       )
20                                     )
                                       )
21                                     )
                                       )
22  _____)

23

24

25

26

27

28
    STIPULATION AND [PROPOSED] ORDER TO FILE AMENDED
    COMPLAINT AND TAKE MOTION OFF CALENDAR
HOWREY LLP  CASE NO. CV 05-01950-MHP

1. Pursuant to Federal Rule of Civil Procedure 15(a), defendant Hard Rock Hotel, Inc. ("Hard Rock" or "Defendant") and Plaintiffs Marcia Gagliardi and Ryan Robles ("Plaintiffs"), by and through their respective counsel of record and subject to the approval of the Court, hereby enter into the following Stipulation to Allow Plaintiffs to File an Amended Complaint and to Take Defendant's Motion for Judgment on the Pleadings Off Calendar Without Prejudice:

WHEREAS, a hearing is currently set for September 12, 2005 at 2:00 p.m., upon Hard Rock's Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c) and 12(h)(2) (the "Motion");

WHEREAS, Plaintiffs filed their Opposition to the Motion and Counter-Motion for Leave to Amend Complaint Pursuant to Fed. R. Civ. P. 15(a), attaching a draft of an amended complaint;

WHEREAS Defendant has agreed to allow Plaintiffs to file their amended complaint;

WHEREAS the Parties have agreed that the Motion will be taken off calendar without prejudice to Hard Rock bringing a motion challenging the substance of the amended complaint or striking Plaintiffs' jury demand at a later date;

It is therefore STIPULATED and AGREED that:

1. Plaintiffs may file and serve an amended complaint;
2. Defendant shall have twenty days from service of the amended complaint to move, answer or otherwise plead in response to the amended complaint, and

//
//
//
//
//
//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER TO FILE AMENDED -1-
COMPLAINT AND TAKE MOTION OFF CALENDAR
CASE NO. CV 05-01950-MHP

HOWREY LLP

3. Hard Rock's Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c) and 12(h)(2) shall be taken off calendar without prejudice to filing a motion challenging the amended complaint at a later date.

Dated: August 24, 2005

HOWREY LLP
RICHARD J. BURDGE, JR.
BOBBY A. GHAJAR
MAGGIE M. GOODRICH

By _____ for Bobby A. Ghajar
Bobby A. Ghajar

Attorneys for Defendant
HARD ROCK HOTEL, INC.

Dated: August 25, 2005

FARALLON LAW GROUP LLP
MANUELLA W. HANCOCK

By _____
Manuella W. Hancock

Attorneys for Plaintiffs
MARCIA GAGLIARDI and RYAN ROBLES

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/31/05

_____
The Honorable Marilyn Hall Patel
United States District Court Judge

DM_US:8244663 v1

STIPULATION AND [PROPOSED] ORDER TO FILE AMENDED   -2-
COMPLAINT AND TAKE MOTION OFF CALENDAR
CASE NO. CV 05-01950-MHP

HOWREY LLP