MANUELLA W. HANCOCK (SBN 193003)
FARALLON LAW GROUP LLP
459 Fulton Street, Suite 102
San Francisco, CA 94102
Telephone: (415) 255-2450
Facsimile: (415) 255-2451

Attorneys Plaintiff
MARCIA GAGLIARDI
and RYAN ROBLES

UNITED STATES DISTRICT COURT

NORTH DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA GAGLIARDI, and RYAN ROBLES,<br><br>Plaintiffs,<br><br>vs.<br><br>HARD ROCK HOTEL, INC., a Nevada corporation and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 05-01950 MHP<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

WHEREAS the parties have reached an acceptable, confidential resolution of this matter, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Marcia Gagliardi and Ryan Robles and Defendant Hard Rock Hotel, Inc., by and through their undersigned attorneys of record, hereby stipulate to the dismissal with prejudice of the above-captioned action.

Dated: February 2, 2006

FARALLON LAW GROUP LLP

By _____
    Manuella W. Hancock

Attorneys for Plaintiffs MARCIA
GAGLIARDI and RYAN ROBLES

Dated: February 2, 2006

HOWREY LLP

By _____
    Richard J. Burdge, Jr.

Attorneys for Defendant
HARD ROCK HOTEL, INC.

*GRANTED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

CV 05-01950 MHP
STIPULATION FOR DISMISSAL

1